UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>18-80238-CR-Middlebrooks/Brannon</u>
21 USC § 841(a)(1)
21 USC § 846
18 USC § 2

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

ARTURO SANCHEZ-ROSALES,
YADIRA CAMACHO-DUQUE, and
VICTOR HUGO PEREZ,

                    Defendants.
_____/

FILED BY __KJZ__ Deputy Clerk
**Dec 13, 2018**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From at least as early as on or November 15, 2016, through on or about November 28, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ARTURO SANCHEZ-ROSALES,
YADIRA CAMACHO-DUQUE,
and
VICTOR HUGO PEREZ,**

did knowingly and willfully combine, conspire, confederate and agree with each other,

and with others both known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to each of these defendants as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, is one-hundred (100) grams or more of a mixture and substance containing a detectable amount of Heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT 2

On or about November 28, 2016, in Palm Beach County, in the Southern District of Florida, the defendants,

**ARTURO SANCHEZ-ROSALES,**
**YADIRA CAMACHO-DUQUE,**
**and**
**VICTOR HUGO PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this offense involved one-hundred (100) grams or more of a mixture and substance

containing a detectable amount of Heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL:


FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

18-80238-CR-Middlebrooks/Brannon

UNITED STATES OF AMERICA             CASE NO._____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

ARTURO SANCHEZ-ROSALES, YADIRA CAMACHO-DUQUE, and VICTOR HUGO PEREZ

Superseding Case Information:

_____Defendant._____/

**Court Division**: (Select One)
___ Miami    ___ Key West
___ FTL    ✓ WPB    ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      ✓             Petty       ___
   II   6 to 10 days     ___           Minor       ___
   III  11 to 20 days    ___           Misdem.     ___
   IV   21 to 60 days    ___           Felony      ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   18-8429-DLB
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   Perez 12/7/18; Sanzhez-Roales and Camacho-Duque 12/10/2018
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
John McMillan
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500228

*Penalty Sheet(s) attached                                              REV 8/13/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  ARTURO SANCHEZ-ROSALES

Case No.: 18-80238-CR-Middlebrooks/Brannon

### Count # 1

Conspiracy to Possess with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846

**Max. Penalty**:   Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

### Count # 2

Possession with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2

**Max. Penalty**:   Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __YADIRA CAMACHO-DUQUE__

Case No.: __18-80238-CR-Middlebrooks/Brannon__

### Count # 1

Conspiracy to Possess with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846

**Max. Penalty**: Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

### Count # 2

Possession with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2

**Max. Penalty**: Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __VICTOR HUGO PEREZ__

Case No.: 18-80238-CR-Middlebrooks/Brannon

## Count # 1

Conspiracy to Possess with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846

**Max. Penalty**: Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

## Count # 2

Possession with Intent to Distribute One-Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2

**Max. Penalty**: Minimum five (5) year to maximum forty (40) year term of imprisonment; maximum fine of $ 5,000,000; four (4) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen